```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE F95-0037--CR (JWS)
                        "USA V DAVID GEORGE TAYLOR"
                         DEF 1.1 TAYLOR, DAVID GEORGE

          Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
             Filed: 06/21/95
            Closed: 12/27/95
 No. of Defendants: 1
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
  Needs interpreter: NO
  Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: United States Attorney
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


Counts re: DEF 1.1 TAYLOR, DAVID GEORGE
```

| Document | Count | Citation and Description | Disposition |
|----------|-------|--------------------------|-------------|
|          |       | No charges specified     |             |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE F95-0037--CR (JWS)
                         "USA V DAVID GEORGE TAYLOR"

                              For all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable Thomas E. Fenton, U.S. Magistrate Judge
           Filed: 06/21/95
          Closed: 12/27/95
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 51A- | 1 | 04/22/97 | [Re: DEF 1] Judgment affirming USDC. cc:cnsl |
| NOTE - | 1 | 02/12/01 | Notation (re: Appeal): Received record from 9CCA consisting of (3) Clerk's files; (1) Reporter's transcript; (1) sealed file. |
| 52 - | 1 | 04/10/01 | Application to proceed without prepayment of fees. |
| 53 - | 1 | 04/10/01 | DEF 1 motion to vacate, set aside, or correct sentence (28:2255). |
| 54 - | 1 | 04/10/01 | DEF 1 motion for appointment of counsel. |
| 55 - | 1 | 04/18/01 | [Re: DEF 1] JWS Order granting motion for appointment of counsel (54-1), denying motion for informa pauperis, directing the FPD to appoint CJA cnsl or FPD, and directing the clerk to serve a copy of 2255 on USA. Any amended 2255 will be due 05/17/01, and USA answer or responsive pleading is due 07/16/01. cc:Taylor, Cooper, FPD |
| 56 - | 1 | 05/08/01 | DEF 1 motion for enlargement of time until 6/4/01 to file an amended petition w/att aff. |
| 56 - | 2 | 05/08/01 | DEF 1 motion for consideration on shortened time re 56-1 w/att aff. |
| 57 - | 1 | 05/08/01 | DEF 1 Attorney Appearance of M. Taggart (FPD). |
| 58 - | 1 | 05/09/01 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion for enlargement of time until 6/4/01 to file an amended petition w/att aff. (56-1) |
| 59 - | 1 | 05/09/01 | [Re: DEF 1] JWS Order granting mot for enlargement of time until 6/4/01 to file amended pet (56-1), mot for consideration on shortened time re 56-1 (56-2); amended pet due 6/4/01. cc: USA, M. Taggart |
| 60 - | 1 | 06/04/01 | DEF 1 motion (amended) to vacate, set aside, or correct sentence 28 USC 2255. |
| 61 - | 1 | 06/11/01 | DEF 1 Attorney Appearance of MJ Haden. |
| 62 - | 1 | 07/16/01 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (amended) to vacate, set aside, or correct sentence 28 USC 2255 (60-1). |
| 62 - | 2 | 07/16/01 | [Re: DEF 1] PLF 1 motion to dismiss. |
| 63 - | 1 | 07/19/01 | DEF 1 motion for permission to file motion for clarification and bifurcation on shortened time. |
| 64 - | 1 | 07/19/01 | DEF 1 motion for clarification and request to bifurcate issues. |
| 65 - | 1 | 07/23/01 | [Re: DEF 1] JWS Order granting mot for permission to file mot for clarification and bifurcation on (63-1), mot for clarification and req to bifurcate issues (64-1). cc: USA, MJ Haden |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F95-0037--CR (JWS)
                              "USA V DAVID GEORGE TAYLOR"

                                 For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 66 - | 1 | 07/31/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion to dismiss (62-2). |
| 67 - | 1 | 08/16/01 | DEF 1 motion for leave of court to supplement amended petition with additional ground for relief w/att prop suppl. |
| 68 - | 1 | 08/20/01 | [Re: DEF 1] JWS Order granting motion for leave of court to supplement amended petition with additional ground for relief (67-1). cc: USA, M. Haden |
| 69 - | 1 | 08/20/01 | DEF 1 Supplement re: DEF 1 motion (amended) to vacate, set aside, or correct sentence 28 USC 2255 with additional ground for relief. (60-1) |
| 70 - | 1 | 09/10/01 | [Re: DEF 1] JWS Order denying pet (amended) to vacate, set aside, or correct sentence 28 USC 2255 (60-1); granting mot to dismiss (62-2); terminating in light of this ord: pet to vacate, set aside, or correct sentence (28:2255) (53-1). cc: USA, M. Haden |
| 71 - | 1 | 09/12/01 | [Re: DEF 1] JWS Judgment that def's appl for post-conviction relief is dism. cc: USA, M. Haden |
| 72 - | 1 | 09/17/01 | DEF 1 motion for reconsideration re: mot to vacate, set aside or correct sentence. |
| 73 - | 1 | 09/18/01 | [Re: DEF 1] JWS Minute Order denying motion for reconsideration (72-1). cc: USA, FPD |
| 74 - | 1 | 09/20/01 | DEF 1 appeal to 9CCA of (70-1) filed 09/20/01. cc:cnsl, Judge, USM,FPO, 9CCA. |
| 75 - | 1 | 05/07/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 2 | 05/10/04 | Issued: writ of execution re: DEF 1 on PFD. |
| 76 - | 1 | 11/02/04 | USM Return of svc on writ of execution re: DEF 1 on PFD on 11/02/04Crt in receipt of $917.84 (receipt# 00124388). |
| 77 - | 1 | 11/10/04 | [Re: DEF 1] PLF 1 motion to release attached PFD Funds in the amount of $917.84. |
| 78 - | 1 | 11/22/04 | [Re: DEF 1] JWS Order granting mot to release attached PFD Funds in the amount of $917.84 (77-1). cc: USA, FPD, Finance |
| 79 - | 1 | 07/26/05 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 3 | 07/27/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 80 - | 1 | 11/09/05 | [Re: DEF 1] JWS Order granting modification of supervised relelase as stated cc: USPO |